**Clarence GILLIS, Petitioner–Appellant,**

v.

**Nora HUNT, Respondent–Appellee.**

No. 06–6682.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 29, 2006.

Clarence Gillis, Appellant Pro Se. Mary Carla Hollis, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Clarence Gillis seeks to appeal Respondent's motion for summary judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The filing Gillis seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*